IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **LAVITA MARIE JEWELL,** ) | |
| ) | |
| ) | **3:15-cv-00237-wmc** |
| **Plaintiff,** ) | |
| ) | **Judge Conley** |
| v. ) | |
| ) | |
| **GREAT LAKES EDUCATION LOAN** ) | |
| **SERVICES, INC., EQUIFAX** ) | |
| **INFORMATION SERVICES LLC.,** ) | |
| **and GATESTONE & CO.** ) | |
| **INTERNATIONAL, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF CHANGE OF FIRM'S ADDRESS**

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Please take notice that as of the date of filing of the present instrument, SMITHMARCO, P.C., the attorneys for Plaintiff, LAVITA MARIE JEWELL, in the above-captioned matter, has changed its office address.

The new address is listed below.  The telephone and facsimile numbers remain the same.

        SMITHMARCO, P.C.
        20 South Clark Street, Suite 2120
        Chicago, IL 60603
        Telephone:     (312) 361-1690
        Facsimile:      (888) 418-1277

**ANY AND ALL PLEADINGS, DISCOVERY, NOTICES, CORREPONDENCE AND DOCUMENTS** regarding this action should be sent to the above-listed address.

                                      Respectfully submitted,
                                      **LAVITA MARIE JEWELL**

                        By:    s/ Larry P. Smith
                                   Attorney for Plaintiff

Dated: September 14, 2015

Larry P. Smith (Atty. No.: 6217162)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone:   (312) 324-3532
Facsimile:   (888) 418-1277
E-Mail:       lsmith@smithmarco.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **LAVITA MARIE JEWELL,** ) | |
| ) | **3:15-cv-00237-wmc** |
| Plaintiff, ) | |
| ) | **Judge Conley** |
| v. ) | |
| ) | |
| **GREAT LAKES EDUCATION LOAN** ) | |
| **SERVICES, INC., EQUIFAX** ) | |
| **INFORMATION SERVICES LLC.,** ) | |
| **and GATESTONE & CO.** ) | |
| **INTERNATIONAL, INC.,** ) | |
| ) | |
| Defendants. ) | |

**To:** All Counsel of Record

    I, Larry P. Smith, an attorney, certify that on September 14, 2015, I shall cause to be served a copy of a **Notice of Change of Firm's Address**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 20 South Clark Street, Suite 2120, Chicago, IL 60603, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

    \_\_\_\_ U.S. Mail                                     \_\_\_\_ Email
    \_\_\_\_ Messenger Delivery           _X_ ECF

                                                     By:    s/ Larry P. Smith
                                                                    Attorney for Plaintiff

<u>Dated: September 14, 2015</u>

Larry P. Smith (Atty. No.: 6217162)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone: (312) 324-3532
Facsimile: (888) 418-1277
E-Mail:     lsmith@smithmarco.com