# IN THE UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **LAVITA MARIE JEWELL** | ) |
| | ) **Civil Action No. 15-cv-0237-wmc** |
| Plaintiff, | ) **Judge:** Hon. William M. Conley |
| | ) **Magistrate Judge:** Hon. Stephen L. Crocker |
| v. | ) |
| **GREAT LAKES EDUCATION LOAN SERVICES, INC., et al.** | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LaVita Marie Jewell and the Defendant Gatestone & Co. International, Inc. ("Gatestone") that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action as to the Defendant be dismissed with prejudice by its undersigned counsel, that Plaintiff dismisses her claims against Defendant Gatestone, as settled, with each party to bear their own costs incurred within.

| | |
|---|---|
| */s/ Gregory Gorski* | /s/ *Daniel W. Pisani* |
| GREGORY GORSKI | DANIEL W. PISANI |
| **FRANCIS & MAILMAN, P.C.** | **SESSIONS FISHMAN NATHAN & ISRAEL LLC** |
| Land Title Building, 19th Floor | |
| 100 South Broad Street | 55 West Monroe Street, Suite 1120 |
| Philadelphia, PA 19110 | Chicago, IL 60603 |
| 215-735-8600 | 312-578-0990 |
| 215-940-8000 (fax) | 312-578-0991 (Fax) |
| ggorski@consumerlawfirm.com | dpisani@sessions-law.biz |
| Attorneys for Plaintiff | Attorneys for Defendant Gatestone & Co. International, Inc. |

SO ORDERED:

_____
STEPHEN L. CROCKER, U.S.M.J.

Dated: _____