UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LAVITA MARIE JEWELL,

       Plaintiff,

  v.

GREAT LAKES EDUCATION LOAN
SERVICES, INC., and EQUIFAX
INFORMATION SERVICES LLC,

       Defendants.

Case No. 3:15-cv-00237-wmc

---

## STIPULATED DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lavita Marie Jewell and Defendant Great Lakes Educational Loan Services, Inc. by their respective attorneys, stipulate and agree that Plaintiff Lavita Marie Jewell's claims asserted in this action against Defendant Great Lakes Educational Loan Services, Inc. be dismissed with prejudice and with each party to bear their own costs or fees.

- 2 -

Dated this 19th day of April, 2016.

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | **MICHAEL BEST & FRIEDRICH LLP** |
| By:    s/Gregory Gorski<br>Gregory Gorski (admitted *pro hac vice*)<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA 19110<br>Phone: (215) 735-8600<br>Fax: (215) 940-8000<br>Email: ggorski@consumerlawfirm.com<br><br>Larry Smith<br>David Marco<br>Smith Marco, P.C.<br>205 North Michigan Ave, Suite 2940<br>Chicago, IL 60601<br>Phone: (312) 361-1690<br>Fax: (888) 418-1277<br>Email: lsmith@smithmarco.com<br>          dmarco@smithmarco.com<br><br>*Attorneys for Plaintiff Lavita Marie Jewell* | By:  s/ Michelle L. Dama<br>Michelle L. Dama<br>Albert Bianchi, Jr.<br>Joseph D. Brydges<br>One South Pinckney Street, Suite 700<br>P.O. Box 1806<br>Madison, WI 53701-1806<br>Phone: (608) 257-3501<br>Fax: (608) 283-2275<br>Email: mldama@michaelbest.com<br>          abianchi@michaelbest.com<br>          jdbrydges@michaelbest.com<br><br>*Attorneys for Defendant Great Lakes Education Loan Services, Inc.* |